# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

In re: THE CLASSIC GROUP, INC.   § Case No. 11-10574-JNF
                                 §
                                 §
Debtor(s)                        §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 25, 2011. The undersigned trustee was appointed on January 26, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       296,269.64

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                     43,043.51
   Administrative expenses                                   125,880.06
   Bank service fees                                           9,378.48
   Other payments to creditors                                     0.00
   Non-estate funds paid to 3rd Parties                            0.00
   Exemptions paid to the debtor                                   0.00
   Other payments to the debtor                                    0.00

   Leaving a balance on hand of [1]       $       117,967.59

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/25/2011 and the deadline for filing governmental claims was 07/24/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,063.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,403.50, for a total compensation of $7,403.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2015           By: /s/HAROLD B. MURPHY
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-10574-JNF  **Trustee:** (410300) HAROLD B. MURPHY
**Case Name:** THE CLASSIC GROUP, INC.  **Filed (f) or Converted (c):** 01/25/11 (f)
 **§341(a) Meeting Date:** 02/24/11
**Period Ending:** 12/02/15  **Claims Bar Date:** 05/25/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Vehicles (Sequoia and 3 Tundras) | 38,000.00 | 0.00 | | 39,550.00 | FA |
| 2  Petty cash | 614.00 | 0.00 | | 627.98 | FA |
| 3  Refunds  (u) | 0.00 | 0.00 | | 1,286.00 | FA |
| 4  Wellesley Bank | 229.00 | 229.00 | | 0.00 | FA |
| 5  Security deposit - RJ Kelley Co | 6,851.00 | 6,851.00 | | 0.00 | FA |
| 6  Furniture and equipment | 43,500.00 | 43,500.00 | | 29,855.00 | FA |
| 7  Term life policy on principals $1.1 million each | 0.00 | 0.00 | | 0.00 | FA |
| 8  Accounts receivable | 144,636.00 | 144,636.00 | | 0.00 | FA |
| 9  Classic development (intercompany debt) | 643,000.00 | 643,000.00 | | 0.00 | FA |
| 10  Tools | 15,685.00 | 15,685.00 | | 15,685.00 | FA |
| 11  Auction proceeds | 0.00 | 0.00 | | 0.00 | FA |
| 12  Overpayments  (u) | 0.00 | 0.00 | | 10.19 | FA |
| 13  Preference settlement with Black Lab Alarm  (u) | 5,800.00 | 0.00 | | 5,800.00 | FA |
| 14  Preference - Shaw Welding  (u) | 2,000.00 | 0.00 | | 2,000.00 | FA |
| 15  Preference - Sweeney Brothers  (u) | 9,000.00 | 0.00 | | 9,000.00 | FA |
| 16  Preference - Silverstro Brothers  (u) | 1,000.00 | 0.00 | | 1,000.00 | FA |
| 17  Preference - T.J. O'Reilly Services, Inc.  (u) | 3,250.00 | 0.00 | | 3,250.00 | FA |
| 18  Preference settlement - JB Sash & Door Co., Inc.  (u) | 1,500.00 | 0.00 | | 1,500.00 | FA |
| 19  Preference settlement - R&T Contractors  (u) | 2,500.00 | 0.00 | | 2,500.00 | FA |
| 20  Preference settlement - RBA Architecture  (u) | 2,500.00 | 0.00 | | 2,500.00 | FA |
| 21  Preference settlement - Mercier Electric Co Inc  (u) | 10,680.00 | 0.00 | | 10,680.00 | FA |
| 22  Settlement with Paramount Tiling Inc.  (u) | 1,000.00 | 0.00 | | 1,000.00 | FA |
| 23  Settlement with Joseph T. Cazeault & Sons Inc.  (u) | 3,000.00 | 0.00 | | 3,000.00 | FA |
| 24  Settlement with James J. Welch & Co., Inc.  (u) | 15,000.00 | 0.00 | | 15,000.00 | FA |
| 25  Settlement with Concord Lumber Corporation  (u) | 273.00 | 0.00 | | 273.00 | FA |
| 26  Settlement with Anderson Insulation  (u) | 5,000.00 | 0.00 | | 5,000.00 | FA |
| 27  Preference settlement with Kyle Barnard  (u) | 13,300.00 | 0.00 | | 13,300.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-10574-JNF  
**Case Name:** THE CLASSIC GROUP, INC.  

**Period Ending:** 12/02/15

**Trustee:** (410300) HAROLD B. MURPHY  
**Filed (f) or Converted (c):** 01/25/11 (f)  
**§341(a) Meeting Date:** 02/24/11  
**Claims Bar Date:** 05/25/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Preference settlement - DiCarlo/High Acres  (u) | 3,700.00 | 0.00 | | 3,700.00 | FA |
| 29 | Preference settlement - Tru-Form Foundation  (u) | 5,000.00 | 0.00 | | 5,000.00 | FA |
| 30 | AP with Yale Appliance & Lighting  (u) | 9,000.00 | 0.00 | | 9,000.00 | FA |
| 31 | AP with G.M. Walsh Plumbing & Heating  (u) | 3,500.00 | 0.00 | | 3,500.00 | FA |
| 32 | AP settlement with R.P. Marzilli & Co.  (u) | 55,000.00 | 0.00 | | 54,999.00 | FA |
| 33 | Preference with Electrica Dynamics  (u) | 0.00 | 0.00 | | 3,500.00 | FA |
| 34 | AP with South Shore Millwork, Inc.  (u) | 8,750.00 | 0.00 | | 8,750.00 | FA |
| 35 | Settlement with Herrick & White | 45,000.00 | 0.00 | | 45,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.47 | Unknown |
| 36 | **Assets    Totals** (Excluding unknown values) | **$1,098,268.00** | **$853,901.00** | | **$296,269.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　Completing 401k closure  
　　(4/30/14)

　　Fee apps and TFR being drafted

**Initial Projected Date Of Final Report (TFR):**    January 1, 2012    **Current Projected Date Of Final Report (TFR):**    May 31, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-10574-JNF  
**Case Name:** THE CLASSIC GROUP, INC.  
**Taxpayer ID #:** **-***7794  
**Period Ending:** 12/02/15

**Trustee:** HAROLD B. MURPHY (410300)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******88-65 - Checking Account  
**Blanket Bond:** $30,300,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/03/11 | | Philip G. and Susannah S. Bates | Deposit re: vehicles and computers | | 2,500.00 | | 2,500.00 |
| | {6} | | Furniture and equipment     700.00 | 1129-000 | | | 2,500.00 |
| | {1} | | Sequoia and 3 Tundras     1,800.00 | 1129-000 | | | 2,500.00 |
| 02/25/11 | {2} | Citizens Bank | Contents of petty cash box | 1129-000 | 627.98 | | 3,127.98 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,127.99 |
| 03/21/11 | | Philip G. Bates | Sale of 2 trucks and 2 laptop computers | | 9,900.00 | | 13,027.99 |
| | {6} | | Furniture and equipment     400.00 | 1129-000 | | | 13,027.99 |
| | {1} | | Sequoia and 3 Tundras     9,500.00 | 1129-000 | | | 13,027.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 13,028.04 |
| 04/07/11 | {3} | Eastguard Insurance Company | Workers' compensation insurance refund | 1290-000 | 1,286.00 | | 14,314.04 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,314.15 |
| 05/19/11 | | Paul E. Saperstein Company Inc. | Proceeds from auction | | 72,690.00 | | 87,004.15 |
| | {6} | | Furniture and equipment    28,755.00 | 1129-000 | | | 87,004.15 |
| | {10} | | Tools    15,685.00 | 1129-000 | | | 87,004.15 |
| | {1} | | Sequoia and 3 Tundras    28,250.00 | 1129-000 | | | 87,004.15 |
| 05/23/11 | 1001 | Toyota Financial Services | Payoff of 2008 Toyota Tundra, Acct. # 704-024-6454127-0001 | 4210-000 | | 8,560.97 | 78,443.18 |
| 05/23/11 | 1002 | Toyota Financial Services | Payoff of 2007 Toyota Tundra, Acct. #704-024-6398122-0001 | 4210-000 | | 8,691.36 | 69,751.82 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.84 | | 69,752.66 |
| 06/23/11 | 1003 | Paul E. Saperstein Co., Inc. | Allowed fees and expenses per Order dated 6/21/11 | 3610-000 | | 12,368.92 | 57,383.74 |
| 06/23/11 | 1004 | Wellesley Bank | First priority security interest in all of Debtor's personal property | 4110-000 | | 24,691.18 | 32,692.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.56 | | 32,693.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 32,693.42 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.53 | 32,627.89 |
| 08/04/11 | {12} | Toyota Motor Credit Corporation | Overpayment re: payoff of loan | 1280-000 | 10.19 | | 32,638.08 |
| 08/04/11 | 1005 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2011 FOR CASE #11-10574  Voided on 08/04/11 | 2300-000 | | 25.09 | 32,612.99 |
| 08/04/11 | 1005 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2011 FOR CASE #11-10574  Voided: check issued on 08/04/11 | 2300-000 | | -25.09 | 32,638.08 |
| 08/04/11 | 1006 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2011 FOR CASE | 2300-000 | | 25.09 | 32,612.99 |

Subtotals :     $87,016.04     $54,403.05

{} Asset reference(s)     Printed: 12/02/2015 12:26 PM     V.13.25

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-10574-JNF  
**Case Name:** THE CLASSIC GROUP, INC.

**Taxpayer ID #:** **-***7794  
**Period Ending:** 12/02/15

**Trustee:** HAROLD B. MURPHY (410300)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******88-65 - Checking Account  
**Blanket Bond:** $30,300,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #11-10574 | | | | |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,613.26 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.99 | 32,537.27 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.24 | 32,539.51 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,539.77 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.86 | 32,472.91 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,473.18 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.50 | 32,408.68 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,408.94 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.03 | 32,337.91 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,338.18 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.44 | 32,271.74 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 32,271.88 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 32,272.01 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.54 | 32,201.47 |
| 02/27/12 | 1007 | Commonwealth of Massachusetts | MA Form 355S - December 31, 2011 - Tax ID #04-2937794 | 2820-000 | | 456.00 | 31,745.47 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.78 | 31,681.69 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.29 | 31,616.40 |
| 04/27/12 | {13} | Black Lab Alarm, Inc. | Settlement of a preference action | 1241-000 | 5,800.00 | | 37,416.40 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.62 | 37,353.78 |
| 05/01/12 | {14} | Shaw Welding Company, Inc. | Preference settlement | 1241-000 | 2,000.00 | | 39,353.78 |
| 05/01/12 | {15} | Sweeney Brothers Construction LLC | Preference settlement | 1241-000 | 9,000.00 | | 48,353.78 |
| 05/04/12 | {16} | Silvestro Brothers | Preference settlement | 1241-000 | 1,000.00 | | 49,353.78 |
| 05/30/12 | {17} | T.J. O'Reilly Services, Inc. | Preference settlement | 1241-000 | 3,250.00 | | 52,603.78 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 102.62 | 52,501.16 |
| 06/20/12 | {18} | JB Sash & Door Co., Inc. | Preference settlement | 1241-000 | 1,500.00 | | 54,001.16 |
| 06/22/12 | {19} | Louis W. Mountzoures | Preference settlement | 1241-000 | 2,500.00 | | 56,501.16 |
| 06/22/12 | {20} | RBA Architecture | Preference settlement | 1241-000 | 2,500.00 | | 59,001.16 |
| 06/25/12 | {21} | Mercier Electric Co., Inc. | Preference settlement | 1241-000 | 10,680.00 | | 69,681.16 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 108.14 | 69,573.02 |
| 07/11/12 | {22} | Paramount Tiling Inc. | Preference settlement | 1241-000 | 1,000.00 | | 70,573.02 |
| 07/11/12 | {23} | Joseph T. Cazeault & Sons, Inc. | Preference settlement | 1241-000 | 3,000.00 | | 73,573.02 |
| 07/11/12 | {24} | James J. Welch & Co., Inc. | Preference settlement | 1241-000 | 15,000.00 | | 88,573.02 |
| 07/11/12 | {25} | Concord Lumber Corporation | Preference settlement | 1241-000 | 273.00 | | 88,846.02 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 177.08 | 88,668.94 |

Subtotals :    $57,504.60    $1,448.65

{} Asset reference(s)    Printed: 12/02/2015 12:26 PM    V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-10574-JNF  
**Case Name:** THE CLASSIC GROUP, INC.  
**Taxpayer ID #:** **-***7794  
**Period Ending:** 12/02/15  

**Trustee:** HAROLD B. MURPHY (410300)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******88-65 - Checking Account  
**Blanket Bond:** $30,300,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/17/12 | {26} | Anderson Insulation, Inc. | Preference settlement | 1241-000 | 5,000.00 | | 93,668.94 |
| 08/22/12 | 1008 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/22/2012 FOR CASE #11-10574, Bond #016027600 | 2300-000 | | 57.73 | 93,611.21 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 191.49 | 93,419.72 |
| 09/18/12 | {27} | Sassoon & Cymrot LLP | Preference settlement | 1241-000 | 13,300.00 | | 106,719.72 |
| 09/26/12 | {28} | Greenwald & Greenwald LLP | Preference settlement - DiCarlo/High Acres Associates, Inc. | 1241-000 | 3,700.00 | | 110,419.72 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 186.84 | 110,232.88 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 247.71 | 109,985.17 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 225.37 | 109,759.80 |
| 12/17/12 | {29} | Tru-Form Foundation, Inc. | Settlement | 1241-000 | 5,000.00 | | 114,759.80 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001041030088 20121220 | 9999-000 | | 114,759.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 171,520.64 | 171,520.64 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 114,759.80 | |
| | | | **Subtotal** | | 171,520.64 | 56,760.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$171,520.64** | **$56,760.84** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-10574-JNF  
**Case Name:** THE CLASSIC GROUP, INC.  

**Taxpayer ID #:** \*\*-\*\*\*7794  
**Period Ending:** 12/02/15  

**Trustee:** HAROLD B. MURPHY (410300)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*5866 - Checking Account  
**Blanket Bond:** $30,300,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 114,759.80 | | 114,759.80 |
| 12/24/12 | {30} | Yale Appliance & Lighting | Preference settlement | 1241-000 | 9,000.00 | | 123,759.80 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.19 | 123,609.61 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.53 | 123,414.08 |
| 02/01/13 | 11009 | Commonwealth of Massachusetts | MA Form 355S - December 31, 2012, Tax ID #04-2937794 | 2820-000 | | 456.00 | 122,958.08 |
| 02/22/13 | {31} | G.M. Walsh Plumbing & Heating | First settlement installment | 1241-000 | 1,750.00 | | 124,708.08 |
| 02/27/13 | {31} | G.M. Walsh Plumbing & Heating | Second and final settlement payment | 1241-000 | 1,750.00 | | 126,458.08 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.84 | 126,292.24 |
| 03/27/13 | {32} | R.P. Marzilli & Company, Inc. | Preference settlement | 1241-000 | 18,333.00 | | 144,625.24 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.61 | 144,449.63 |
| 04/03/13 | {33} | Electrical Dynamics, Inc. | Preference settlement | 1241-000 | 3,500.00 | | 147,949.63 |
| 04/03/13 | {32} | R.P. Marzilli & Company, Inc. | Preference settlement | 1241-000 | 18,333.00 | | 166,282.63 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.32 | 166,037.31 |
| 05/31/13 | {32} | R.P. Marzilli & Company, Inc. | Preference settlement (3rd and final installment) | 1241-000 | 18,333.00 | | 184,370.31 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 246.77 | 184,123.54 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 243.66 | 183,879.88 |
| 07/08/13 | {34} | South Shore Millwork, Inc. | Preference settlement | 1241-000 | 8,750.00 | | 192,629.88 |
| 07/26/13 | {35} | Herrick & White, Ltd. | 1st payment of settlement/order dated 7/26/13 (5 more payments of $7,000 due) | 1149-000 | 10,000.00 | | 202,629.88 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 300.63 | 202,329.25 |
| 08/02/13 | {35} | Herrick & White, Ltd. | 2nd payment of settlement/order dated 7/26/13 (4 more payments of $7,000 due) | 1149-000 | 7,000.00 | | 209,329.25 |
| 08/16/13 | 11010 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2013 FOR CASE #11-10574 | 2300-000 | | 161.58 | 209,167.67 |
| 08/26/13 | {35} | Herrick & White, Ltd. | 3rd payment of settlement/order dated 7/26/13 (3 more payments of $7,000 due) | 1149-000 | 7,000.00 | | 216,167.67 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 300.36 | 215,867.31 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 300.14 | 215,567.17 |
| 10/02/13 | {35} | Herrick & White, Ltd. | 4th payment of settlement/order dated 7/26/13 (2 more payments of $7,000 due) | 1149-000 | 7,000.00 | | 222,567.17 |
| 10/28/13 | {35} | Herrick & White, Ltd. | 5th payment of settlement/order dated 7/26/13 (1 more payment of $7,000 due) | 1149-000 | 7,000.00 | | 229,567.17 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 350.82 | 229,216.35 |
| 11/27/13 | {35} | Herrick & White, Ltd. | 6th and final payment of settlement/order dated | 1149-000 | 7,000.00 | | 236,216.35 |
| | | | Subtotals : | | $239,508.80 | $3,292.45 | |

{} Asset reference(s)

Printed: 12/02/2015 12:26 PM     V.13.25

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-10574-JNF  
**Case Name:** THE CLASSIC GROUP, INC.  
**Taxpayer ID #:** **-***7794  
**Period Ending:** 12/02/15  

**Trustee:** HAROLD B. MURPHY (410300)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $30,300,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 7/26/13 (1 more payment of $7,000 due) | | | | |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 307.71 | 235,908.64 |
| 12/11/13 | 11011 | WELLESLEY BANK | Per Order dated 10/22/12 | 4110-000 | | 1,100.00 | 234,808.64 |
| 12/11/13 | 11012 | RP MARZILLI | Per Order dated 11/26/13 | 2990-000 | | 20,000.00 | 214,808.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 359.45 | 214,449.19 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 319.15 | 214,130.04 |
| 02/18/14 | 11013 | Commonwealth of Massachusetts | MA Form 355S - December 31, 2013, Tax ID #04-2937794 | 2820-000 | | 456.00 | 213,674.04 |
| 02/26/14 | 11014 | Murphy & King, P.C. | Interim fees approved per Order dated 2/25/14 | 3110-000 | | 81,767.00 | 131,907.04 |
| 02/26/14 | 11015 | Murphy & King, P.C. | Interim expenses approved per Order dated 2/25/14 | 3120-000 | | 7,428.35 | 124,478.69 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 287.46 | 124,191.23 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.78 | 124,018.45 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.28 | 123,828.17 |
| 05/23/14 | 11016 | Verdolino & Lowey, P.C., Accountants to Trustee | Destruction of records cost | 2990-000 | | 2,094.65 | 121,733.52 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.10 | 121,555.42 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.00 | 121,386.42 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.06 | 121,194.36 |
| 08/04/14 | 11017 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2014 FOR CASE #11-10574, Bond payment 8/1/14 - 8/1/15 | 2300-000 | | 91.66 | 121,102.70 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.41 | 120,934.29 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.54 | 120,748.75 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.46 | 120,569.29 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.07 | 120,413.22 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.29 | 120,216.93 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.91 | 120,044.02 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.15 | 119,882.87 |
| 03/09/15 | 11018 | Verdolino & Lowey, P.C., Accountants to Trustee | MA Form 355S - December 31, 2014 Stopped on 06/15/15 | 2820-000 | | 456.00 | 119,426.87 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.92 | 119,242.95 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.16 | 119,070.79 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.19 | 118,904.60 |
| 06/15/15 | 11018 | Verdolino & Lowey, P.C., Accountants to Trustee | MA Form 355S - December 31, 2014 Stopped: check issued on 03/09/15 | 2820-000 | | -456.00 | 119,360.60 |
| 06/15/15 | 11019 | Commonwealth of Massachusetts | MA Form 355S - December 31, 2014, Tax ID | 2820-000 | | 456.00 | 118,904.60 |

Subtotals :   $0.00    $117,311.75

{} Asset reference(s)  
Printed: 12/02/2015 12:26 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 11-10574-JNF | | Trustee: | HAROLD B. MURPHY (410300) |
|---|---|---|---|---|
| Case Name: | THE CLASSIC GROUP, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5866 - Checking Account |
| Taxpayer ID #: | **-***7794 | | Blanket Bond: | $30,300,000.00  (per case limit) |
| Period Ending: | 12/02/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #04-2937794 | | | | |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.12 | 118,721.48 |
| 07/29/15 | 11020 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/30/2015 FOR CASE #11-10574 | 2300-000 | | 61.08 | 118,660.40 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.60 | 118,483.80 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.75 | 118,319.05 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.54 | 118,137.51 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.92 | 117,967.59 |
| | | | ACCOUNT TOTALS | | 239,508.80 | 121,541.21 | $117,967.59 |
| | | | Less: Bank Transfers | | 114,759.80 | 0.00 | |
| | | | **Subtotal** | | 124,749.00 | 121,541.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$124,749.00** | **$121,541.21** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******88-65** | 171,520.64 | 56,760.84 | 0.00 |
| **Checking # ******5866** | 124,749.00 | 121,541.21 | 117,967.59 |
| | $296,269.64 | $178,302.05 | $117,967.59 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 11-10574-JNF
Case Name: THE CLASSIC GROUP, INC.
Trustee Name: HAROLD B. MURPHY

**Balance on hand:**   $ 117,967.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 25S | WELLESLEY BANK | 25,791.18 | 25,791.18 | 25,791.18 | 0.00 |
| 40 | CIT Technology Financing Services, Inc. | 13,956.02 | 0.00 | 0.00 | 0.00 |
| 45 | Flatiron Capital, Inc. | 40,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 117,967.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - HAROLD B. MURPHY | 18,063.48 | 0.00 | 7,403.50 |
| Attorney for Trustee, Fees - Murphy & King, P.C. | 105,714.00 | 81,767.00 | 12,500.00 |
| Attorney for Trustee, Expenses - Murphy & King, P.C. | 8,613.29 | 7,428.35 | 1,184.94 |
| Accountant for Trustee, Fees - Verdolino & Lowey, P.C., Accountants to Trustee | 45,085.50 | 0.00 | 35,085.50 |
| Accountant for Trustee, Expenses - Verdolino & Lowey, P.C., Accountants to Trustee | 10,000.00 | 0.00 | 10,000.00 |
| Auctioneer Fees - Paul E. Saperstein Co., Inc. | 12,368.92 | 12,368.92 | 0.00 |
| Other Expenses: International Sureties, Ltd. | 372.05 | 372.05 | 0.00 |
| Other Expenses: RP MARZILLI | 20,000.00 | 20,000.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $ 66,173.94
Remaining balance:   $ 51,793.65

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 51,793.65 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,756.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 50 | MASSACHUSETTS DEPARTMENT OF REVENUE | 1,756.00 | 0.00 | 1,756.00 |
| 51 | MASSACHUSETTS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,756.00 |
| Remaining balance: | $ | 50,037.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,536,674.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SALEM PLUMBING SUPPLY | 409.73 | 0.00 | 4.52 |
| 2 | FERGUSON ENTERPRISES | 18,538.09 | 0.00 | 204.47 |
| 3 | R.J. KELLY COMPANY | 70,159.98 | 0.00 | 773.84 |
| 4 | CAMBRIDGE PLUMBING CORP. | 1,197.00 | 0.00 | 13.20 |
| 5 | BOSTON CONTRACT DRILLING CO. | 550.00 | 0.00 | 6.07 |
| 6 | HERRINGTON'S | 1,537.01 | 0.00 | 16.95 |
| 7 | CONANT METAL & LIGHT, INC. | 1,022.10 | 0.00 | 11.27 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 8 | BLACK BEAR TOOL | 2,509.39 | 0.00 | 27.68 |
| 9 | MARIO'S HOME CENTER | 13,348.57 | 0.00 | 147.23 |
| 10 | VILLAGE ELECTRIC, INC. | 1,705.00 | 0.00 | 18.81 |
| 11 | TOBY LEARY FINE WOODWORKING, INC. | 14,526.44 | 0.00 | 160.22 |
| 12 | SOUTH SHORE MILLWORK, INC. | 732,877.75 | 0.00 | 8,083.34 |
| 13 | MERCIER ELECTRIC CO., INC. | 0.00 | 0.00 | 0.00 |
| 13 -2 | MERCIER ELECTRIC CO., INC. | 22,943.29 | 0.00 | 253.05 |
| 14 | ALLIED CONSULTING ENGINEERING SERVICES | 1,257.50 | 0.00 | 13.87 |
| 15 | JOSEPH T. CAZEAULT & SONS | 0.00 | 0.00 | 0.00 |
| 15 -2 | JOSEPH T. CAZEAULT & SONS | 25,712.22 | 0.00 | 283.60 |
| 16 | WASCO PRODUCTS, INC. | 1,133.68 | 0.00 | 12.50 |
| 17 | HIGH ACRES ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 |
| 18 | GREGORY LOMBARDI DESIGN, INC. | 81,413.73 | 0.00 | 897.96 |
| 19 | THE STOVE SHOPPE | 7,206.18 | 0.00 | 79.48 |
| 20 | ANDY RODENHISER PLUMBING & HEATING, INC. | 64,642.82 | 0.00 | 712.98 |
| 21 | YALE APPLIANCE & LIGHTING | 0.00 | 0.00 | 0.00 |
| 22 | CONCORD LUMBER | 24,165.05 | 0.00 | 266.53 |
| 23 | NEW ENGLAND WATERPROOFING, INC. | 13,450.00 | 0.00 | 148.35 |
| 24 | Great Bay Hot Tub Co. | 55,745.87 | 0.00 | 614.85 |
| 25U | WELLESLEY BANK | 69,882.98 | 0.00 | 770.78 |
| 26 | TIME SAVERS | 4,237.10 | 0.00 | 46.73 |
| 27 | C.J. MABARDY RECYCLING & DISPOSAL | 3,386.30 | 0.00 | 37.35 |
| 28 | ANDERSON INSULATION CO. | 23,550.00 | 0.00 | 259.75 |
| 29 | Rubin and Rudman LLP | 19,116.45 | 0.00 | 210.85 |
| 30 | NYSEG | 519.64 | 0.00 | 5.73 |
| 31 | AMERICAN BUILDING SUPPLY, INC. | 462.70 | 0.00 | 5.10 |
| 32 | LALA, KANAYO | 1,400.00 | 0.00 | 15.44 |
| 33 | PROVIDENCE WELDING, INC. | 4,782.85 | 0.00 | 52.75 |
| 34 | DAVID M. COUTURE | 4,500.00 | 0.00 | 49.63 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 35 | RP MARZILLI | 508,649.00 | 0.00 | 5,610.19 |
| 36 | Acadia Insurance Company | 76,213.00 | 0.00 | 840.60 |
| 37 | L.P. ADAMS CO., INC. | 26,343.54 | 0.00 | 290.56 |
| 38 | RICHARD F. GANTT | 54,806.00 | 0.00 | 604.49 |
| 39 | MCKINNON | 2,560.00 | 0.00 | 28.24 |
| 41 | AMERICAN WINDOW FILM, INC. | 755.00 | 0.00 | 8.33 |
| 42 | COLUMBIA COUNTY | 1,507.50 | 0.00 | 16.63 |
| 43 | Berkshire Painting | 30,440.05 | 0.00 | 335.74 |
| 44 | Oce North America, Inc. | 1,921.53 | 0.00 | 21.19 |
| 46 | R.G. Mearn Co., Inc. | 859.26 | 0.00 | 9.48 |
| 47 | NSTAR ELECTRIC-OFFICE | 1,474.89 | 0.00 | 16.27 |
| 48 | G.M. Walsh Plumbing & Heating | 0.00 | 0.00 | 0.00 |
| 49 | G.M. Walsh Plumbing & Heating | 0.00 | 0.00 | 0.00 |
| 52 | Globe Newspaper Co., Inc. | 16,450.00 | 0.00 | 181.44 |
| 53 | PETER E. LABAU | 130,000.00 | 0.00 | 1,433.85 |
| 54 | HERRICK AND WHITE, LTD. | 200,201.00 | 0.00 | 2,208.13 |
| 55 | ROCKETT & GIROUARD | 49,225.00 | 0.00 | 542.93 |
| 56 | SURFACEWORKS, INC. | 6,370.00 | 0.00 | 70.26 |
| 57 | Donna J. Egan | 329,600.77 | 0.00 | 3,635.36 |
| 58 | RICHARD D. BOSTWICK | 1,590,161.00 | 0.00 | 17,538.81 |
| 59 | NEW ENGLAND WATERPROOFING, INC. | 13,450.00 | 0.00 | 148.35 |
| 60 | COLLABORATIVE LIGHTING, LLC | 2,146.25 | 0.00 | 23.67 |
| 61 | NAZZARO PAINTING CONTRACTORS, INC. | 42,394.00 | 0.00 | 467.59 |
| 62 | TRU-FORM FOUNDATIONS, INC. | 13,247.00 | 0.00 | 146.11 |
| 63 | RESOURCE OPTIONS, INC. | 27,886.27 | 0.00 | 307.57 |
| 64 | JAMES J. WELCH & CO., INC. | 120,533.29 | 0.00 | 1,329.43 |
| 65 | FedEx Tech Connect Inc | 288.80 | 0.00 | 3.19 |
| 66 | MAIN-CARE ENERGY | 220.05 | 0.00 | 2.43 |
| 67 | Williams Scotsman, Inc. | 1,081.53 | 0.00 | 11.93 |

Total to be paid for timely general unsecured claims:    $    50,037.65
Remaining balance:    $    0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**